**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1683

BEATRICE NEWSOME, a/k/a Beatrice Wilson Newsome; EARL LEON NEWSOME,

Plaintiffs - Appellants,

v.

FESTIVA RESORTS REAL ESTATE HOLDINGS, LLC; SCOTT STYRON, Director of Resort Operations; ELLINGTON AT WACHESAW PLANTATION EAST HOMEOWNERS ASSOCIATION, INC.; JEREMY MOSER, General Manager of Elllington and Manager of Festiva; LATOUR HOTELS & RESORTS, INC.; KEVIN BLOCKER, Senior Vice President of Operations,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  David C. Norton, District Judge.  (2:22-cv-00533-DCN-MGB)

Submitted:  October 26, 2022                    Decided:  November 3, 2022

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Beatrice Newsome, Earl Leon Newsome, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Beatrice and Earl Newsome appeal the district court's order accepting the magistrate judge's recommendation and dismissing their amended civil complaint without prejudice for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm. *Newsome v. Festiva Resorts Real Estate Holdings, LLC*, No. 2:22-cv-00533-DCN-MGB (D.S.C. June 16, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*